**Ronald GIZZARELLI et al.**

v.

**MOTO GUZZI, S. P. A. et al.**

v.

**PREMIER MOTOR CORPORATION et al.**

v.

**MOTO GUZZI, S. P. A. et al.**

No. 82–123–M.P.

Supreme Court of Rhode Island.

June 9, 1982.

Tobin & Silverstein, Inc., Max Winstow, Providence, for Moto Guzzi, S. P. A. et al.

Gunning, LaFazia, Gnys, Inc., Edward L. Gnys, Jr., Providence, for Hermann Forwarding Co.

Carroll, Kelly & Murphy, Joseph A. Kelly, Providence, for Premier Motor Corp.

Rice, Dolan, Kiernan & Kershaw, James A. Currier, Providence, for Kawasaki of R. I. Inc.

## ORDER

The petition for writ of certiorari is granted. The orders of the Superior Court denying petitioner's motion for leave to file a third-party complaint and various cross-claims are quashed and this matter is hereby remanded to the Superior Court for reconsideration in light of the fact that we are of the opinion that the law of the case doctrine does not preclude the hearing justice from allowing petitioner to file cross-claims in this case.